JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUE AMMONS,<br><br>                Petitioner,<br>     v.<br><br>GREG LEWIS, Warden,<br><br>                Respondent. | Case No. CV 12-3166-GAF (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 19, 2012

                           HONORABLE GARY A. FEESS
                           United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge